## Wimp Packing Company et al., Appellees, v. Elgy Wimp, Appellant.

### Gen. No. 41,546.

opinion filed February 10, 1942. William L. Kelley and M. Mayhall Smith, for appellant; Joseph P. Hector, for appellees. Opinion by JUSTICE FRIEND. "Not to be published in full."